**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
10 E. 40th St., Suite 3307
New York, NY 10016
www.kllf-law.com

August 23, 2021

**By ECF**

Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York

    Re:    *Caballero v. DOCCS*, No. 9:20-CV-1470 (DNH) (CFH)

Your Honor:

    We write on behalf of Plaintiff in response to the Court's August 20 order instructing the parties to file a status report regarding the proposed confidentiality order. ECF #33. The parties have reached agreement and the stipulated order is attached here as Exhibit A.

                                      Respectfully submitted,

                                      s/ Adam Strychaluk
                                      Adam Strychaluk
                                      Alison Frick
                                      Douglas E. Lieb

CC.    All counsel of record (by ECF)