UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JONAS CABALLERO, on behalf of himself
and all others similarly situated,

                            Plaintiff,

      -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION,

                       Defendant.

No. 9:20-CV-1470-DNH-CFH

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Declaration of Alison Frick and the exhibits attached thereto, the statement of material facts, the accompanying memorandum of law, and all other pleadings and proceedings in this action, Plaintiff, by and through undersigned counsel, will, as soon as counsel may be heard, move this Court for an Order, pursuant to Federal Rules of Civil Procedure 56, granting partial summary judgment for Plaintiff and the certified class on the issue of liability, and for any other relief the Court deems just and proper.

Dated:     March 1, 2024
           New York, New York

                                       KAUFMAN LIEB LEBOWITZ
                                       & FRICK LLP

                                       _/s/ Douglas E. Lieb_____

                                       Douglas E. Lieb
                                       Alison Frick
                                       Kyla Magun*
                                       18 E. 48th Street, Suite 802 New
                                       York, New York 10017 (212)
                                       660-2332
                                       *Attorneys for Plaintiff*

                                     *Admission to N.D.N.Y. pending*